RECEIVED
JUN -2 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

| | |
|---|---|
| Deerick Allen Sr. | |
| v. | NO. 5:22-cv-224-BO |
| Paragon Theaters et. Al. | COMPLAINT |

Plaintiff resides at:
Plaintiff is has no home, but a mailing address: 300 Fayetteville St. P.O. Box 1675 Raleigh, N.C. 27602.

Defendant(s)' name(s) and address(es), if known:
Paragon Threaters, 1140 Parkside Main Street Cary North Carolina 27601

1

Jurisdiction in this court is based on: THE DISTRICT COURT SHall HaVE ORiginal Jurisdiction of all civil actions pursuant TO 28 USC 1331; 42 USC 1983 and Title 5 of the Civil Rights act of 1964.

The acts complained of in this suit concern: EMPLOYMENT. I was TERMINATED FROM Paragon THREATERS on My First day For utilizing My PHONE FOR TIME. THE Purpose For ascertaining TIME was TO determine when I would HAVE TO Clean THE AUditorium. I was THIS METHod was appropriate BY ONE Male-Manager, and CRITICIZED BY AN African-American FEMale. THE HR Manger, Questioned ME (African american Female), and an Caucasian Male FIRED ME.
IN RE TO 18 USC 242, I was TERMINATED FOR doing My JOB. However, Management wasn't.

Case 5:22-cv-00224-BO   Document 1-1   Filed 06/02/22   Page 2 of 3

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I SEEK MONETARY RELIEF IN THE AMOUNT OF $15,000.00

05/28/2022

DATE

Derrick Allen

SIGNATURE OF PLAINTIFF

DERRICK ALLEN
P.O. BOX 1675
Raleigh, N.C.
27602

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3