RECEIVED
JUN -2 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

| | |
|---|---|
| Derrick Allen Sr. | |
| v. | NO. 5:22-cv-224-BO |
| Paragon Theaters et. Al. | COMPLAINT |

Plaintiff resides at:
Plaintiff ~~is~~ Has NO Home, But A Mailing Address: 300 Fayetteville St. P.O. Box 1675 Raleigh, N.C. 27602.

Defendant(s)' name(s) and address(es), if known:
Paragon Threaters, 1140 Parkside Main Street Cary North Carolina 27601

1

Jurisdiction in this court is based on:
THE DISTRICT COURT SHall HaVE ORiginal Jurisdiction of all civil actions Pursuant TO 28 USC 1331; 42 USC 1983 and Title 5 of THE Civil Rights act of 1964.

The acts complained of in this suit concern: EMPLOYMENT. I was TERMINATED FROM Paragon THREATERS on My First day For utilizing My PHONE FOR TIME. THE PURPOSE FOR ascertaining TIME was TO determine when I would HAVE TO Clean THE AUDITORIUM. I was THIS METHod was appropriate BY ONE Male Manager, and CRITICIZED BY AN African-American Female. THE HR Manager, QUESTIONED ME (African American Female), and an Caucasian Male FIRED ME.
IN RE ~~CORO~~ 18 USC 242, I was TERMINATED FOR doing My JoB. However, ~~Neag~~ Management wasn't.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I SEEK MONETARY RELIEF IN THE AMOUNT OF $15,000.00

05/28/2022

DATE

Derrick Allen

SIGNATURE OF PLAINTIFF

DERRICK AllEN
P.O. Box 1675
Raleigh, N.C.
27602

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3